UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>KAILASH FLORIDA LLC,<br>a Florida Limited Liability Company,<br><br>    Defendant.<br>_____<br>_____ | )<br>)<br>)<br>) Case No.: 2:24-cv-00583-JLB-KCD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: January 15, 2025

Respectfully submitted,

/s/Louis Mussman
Louis Mussman, Esq.
Florida Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd., Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322

Respectfully submitted,

/s/ Erica E. Pope
Erica E. Pope, Esq.
Florida Bar No.
Wood, Smith, Henning &
Berman LLP
1501 S. Church Avenue, Suite 200
Tampa, Florida 33629

1

Fax: (954) 686-3976                    Tel: (813) 422-6910
louis@kumussman.com                    Fax: (813) 425-6983
*Counsel for Plaintiff*                  EPope@wshblaw.com
                                       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

By: */s/ Louis Mussman*
Louis I. Mussman, Esq.